*Mr. T. Bailey Lee,* and *Mr. J. K. Macdonald,* for Respondent.

———————

No. 1,567.—OAKES ET AL., RESPONDENTS, *v.* KEMPTON, APPELLANT.

*Appeal from District Court, Custer County; H. C. Smith, Judge.*

Decided May 1, 1903.

PER CURIAM.—In this cause the judgment of the court below is hereby modified by dissolving the injunction provided for therein, and as so modified the judgment is affirmed, in accordance with the stipulation on file.

*Mr. G. W. Farr,* and *Messrs. McConnell & McConnell,* for Appellant.

*Mr. William Wallace, Jr.,* for Respondents.